**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:     Patrick Olajide Akinwamide v. Transportation Insurance Company, CNA Insurance Company and Automatic Data Processing Inc.

Appellate case number:   01-15-00066-CV

Trial court case number:  1997-48526

Trial court:               80th District Court of Harris County

The brief of appellant filed January 21, 2016, exceeds the maximum length permitted by Texas Rule of Appellant Procedure 9.4(i)(2)(B). Accordingly, we strike the brief and request that appellant file a brief complying with the Texas Rules of Appellate Procedure within 21 days from the date of this order. *See* TEX. R. APP. P. 9.4(i)(2)(B) (providing that brief must not exceed 15,000 words if computer generated); TEX. R. APP. P.9.4(i)(3) (requiring certificate of compliance stating number of words in document).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                           ☑ Acting individually     ☐ Acting for the Court

Date: January 28, 2016